JACOB PROWLER, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*Civil service — New York city — action for salary from date of removal to date of reinstatement in office — amount earned during absence deducted from total of salary.*

*Prowler* v. *City of New York*, 216 App. Div. 824, affirmed.

(Submitted September 29, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 8, 1926, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was for salary claimed to be due the plaintiff as assistant foreman in the uniformed force of the department of street cleaning of the city of New York for the period from the date of his removal upon charges to the date of his reinstatement pursuant to an order of certiorari. The trial court directed a verdict for the full amount of such salary. The Appellate Division modified the judgment by deducting therefrom the amount earned by the plaintiff during his absence from duty.

*Charles C. Sanders* and *William Weintraub* for appellant.

*George P. Nicholson, Corporation Counsel (John F. O'Brien, Henry J. Shields* and *Arthur H. Kerns* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

CHARLES RAGONE, Respondent, *v.* THE STATE OF NEW YORK, Appellant.

*State — claim for damage to building and contents from being struck by motor truck belonging to State and driven by its employee while engaged in canal work — section 47 of Canal Law sufficiently broad to authorize award though accident not on canal lands.*

*Ragone* v. *State of New York*, 211 App. Div. 573, affirmed.

(Submitted September 29, 1926; decided October 19, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,